UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 21-3805-MWF(KKx)**                              Dated: **December 28, 2021**

Title:      Carl Mack -v- Crossroads Hospitality Company, LLC, et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                                    None Present
Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:               ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                    None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

In light of the Mediation Report [16] filed December 17, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for February 14, 2022 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                 Initials of Deputy Clerk   rs
CIVIL - GEN

-1-