JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL MACK,<br><br>    Plaintiff,<br><br>v.<br><br>CROSSROADS HOSPITALITY COMPANY, LLC; AND DOES 1-100, INCLUSIVE,<br><br>    Defendants. | Case No.<br>  2:21-cv-03805 MWF (KKx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: April 5, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge